# CIVIL MINUTES – GENERAL

Case No.  CV 18-10733-KS                                              Date: April 24, 2019

Title  *Jeylee Quiroz et al v. City of Los Angeles et al.*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | CS- 04/24/2019 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jorge Gonzalez | Matthew Paul Mattis |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: FAILURE TO APPEAR ON TIME TO COURT HEARING**

On April 24, 2019, at 11:00 a.m, a Scheduling Conference was set before the Honorable Karen L. Stevenson. (Dkt. No. 24.) Plaintiff's counsel, Mr. Jorge Gonzalez, failed to appear for the hearing at 11:00 a.m., instead arriving one hour late at 12:00 p.m.

Accordingly, Mr. Gonzalez is **ORDERED TO SHOW CAUSE on or before April 30, 2019** why the Court should not impose sanctions in the amount of $200.00 for his tardy appearance—that is, Mr. Gonzalez must file a signed Response to this Order of no more than three (3) pages explaining the circumstances that prevented his timely appearance for the Scheduling Conference.

Failure to comply with this Order will result in an award of sanctions in the amount $200.00 for failure to comply with a Court order.

**IT IS SO ORDERED**.

|  | : |
|---|---|
| **Initials of Preparer** | gr |