| | |
|---|---|
| 1 | **MICHAEL N. FEUER**, City Attorney |
| 2 | **KATHLEEN A. KENEALY,** Chief Assistant City Atty. (SBN212289) |
|   | **SCOTT MARCUS,** Chief, Civil Litigation Branch (SBN184980) |
| 3 | **CORY M. BRENTE**, Senior Assistant City Attorney (SBN115453) |
|   | **GEOFFREY PLOWDEN,** Deputy City Attorney (SBN146602) |
| 4 | 200 N. Main Street, 6th Floor, City Hall East |
|   | Los Angeles, California 90012 |
| 5 | Tel: (213) 978-7038   Fax: (213) 978-8785 |
|   | Email: geoffrey.plowden@lacity.org |

*Attorneys for Defendants* **CITY OF LOS ANGELES, HECTOR BEAS, DARRYL CARPENTER AND GEORGE SALAS**

Jorge Gonzalez (CBN 100799)
A PROFESSIONAL CORPORATION
2485 Huntington Drive, Suite 238
San Marino, California 91108
T – 626-382-3081
C – 213-598-3278
E-mail: jggorgeous@aol.com

*Attorney for Plaintiffs* **MARILIN RAMIREZ and STEPHANIE MUNIZ**

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEYLEE QUIROZ, STEPHANIE MUNIZ, ANA RAMIREZ, DANIEL MUNIZ, MARILIN RAMIREZ, ALEXUS RAMIREZ, A.R. (A Minor, by and through his Guardian ad Litem MARILIN RAMIREZ), and AY.R. (A Minor, by and through her Guardian ad Litem ANA RAMIREZ), | **Case No.: CV 18-10733 KS** [*Before the Honorable Magistrate Judge Karen L. Stevenson*] |
| *Plaintiffs,* | **REQUEST FOR DISMISSAL** **Rule 41(a)(1)** |
| vs. | PTC:       01/07/2020, 1:00 p.m. |
| CITY OF LOS ANGELES, a public entity; and DOES 1 through 15, inclusive, individually and in their official capacity as Los Angeles Police Department officers, | HRG MIL: 01/21/2020, 1:00 p.m. TRIAL:    02/04/2020, 9:00 a.m. PLACE:   580 Roybal Federal Bldg., 255 E. Temple Street, Los Angeles, CA |
| *Defendants.* | |

1

JOINT REQUEST FOR DISMISSAL

**TO: HONORABLE KAREN L. STEVENSON, MAGISTRATE JUDGE, U.S. DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

Plaintiffs and defendants, by and through their respective counsel of record, hereby request the Court enter an order of dismissal per Rule 41(a)(1). The case has settled. Each side to bear their own costs and fees.

It is so stipulated.

Dated: February 24, 2020         LAW OFFICES OF JORGE GONZALEZ

                                 By: /S/ *Jorge Gonzalez*
                                     Jorge Gonzalez, Esq.

                                 Attorney for Plaintiffs STEPHANIE MUNIZ, MARILIN RAMIREZ

Dated: February 24, 2020         OFFICE OF THE CITY ATTORNEY

                                 By: /S/ *Geoffrey Plowden*
                                     GEOFFREY PLOWDEN, Deputy City Attorney

                                 Attorney for Defendants CITY OF LOS ANGELES, HECTOR BEAS, DARRYL CARPENTER AND GEORGE SALAS

## ORDER

The parties having stipulated that the case may be dismissed due to settlement, and good cause having been shown, this matter is hereby dismissed. Each side to bear their own costs and fees.

**IT IS SO ORDERED.**

DATED: February 26, 2020         _____
                                 Honorable Karen L. Stevenson
                                 United States Magistrate Judge